IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

**DARYLL GOODING,**

    Petitioner,

v.                                Case No. 3:19cv3641-LC/MAF

**MARK S. INCH, Secretary,**
**Florida Department of Corrections,**

    Respondent.
_____/

## ORDER

    This matter is before the Court on the Report and Recommendation of the U.S. Magistrate Judge (ECF No. 15) that the petition for writ of habeas corpus, filed pursuant to 28 U.S.C. § 2254, be denied.  The parties have been furnished a copy of the Report and Recommendation and have been afforded an opportunity to file objections pursuant 28 U.S.C. § 636(b)(1).  I have made a <u>de novo</u> determination of the objections filed.

    Having considered the Report and Recommendation, and the objections thereto, I have determined the Report and Recommendation should be adopted.

    Accordingly, it is now **ORDERED** as follows**:**

    1.  The Report and Recommendation (ECF No. 15) is adopted and

incorporated by reference in this order.

2.  The Clerk shall enter judgment stating, "The petition for writ of habeas corpus filed by Daryll Gooding pursuant to 28 U.S.C. 2254 is **DENIED**.  A certificate of appealability is **DENIED** and leave to appeal in forma pauperis is also **DENIED**."

3.  The Clerk shall close the file.

**DONE AND ORDERED** this 5th day of June, 2020.

*s/L.A. Collier*
**LACEY A. COLLIER**
**SENIOR UNITED STATES DISTRICT JUDGE**